```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA            :      WAIVER OF INDICTMENT

     - v. -                         :      S1 07 Cr. 727 (HB)

IVAN CASTRO,                        :
     a/k/a "Trip,"
     a/k/a "Triple,"                :

------------------------------------x
```

       The above-named defendant, who is accused of violating Title 21, United States Code, Section 846, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                                  _____
                                                  Defendant

                                                  _____
                                                  Witness

                                                  _____
                                                  Counsel for Defendant

Date:    New York, New York
          November 13, 2007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: NOV 13 2007

0202