```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA            :
                                          INFORMATION
     - v. -                         :
                                          S1 07 Cr. 727 (HB)
IVAN CASTRO,                        :
     a/k/a "Trip,"
     a/k/a "Triple,"                :

              Defendant.            :

------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAY 1 3 2007

### COUNT ONE

The United States Attorney charges:

1. In or about December 2006, in the Southern District of New York and elsewhere, IVAN CASTRO, a/k/a "Trip," a/k/a "Triple," the defendant, and others known and unknown, unlawfully, intentionally and knowingly did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of said conspiracy that IVAN CASTRO, a/k/a "Trip," a/k/a "Triple," the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, to wit, mixtures and substances containing a detectable amount of cocaine, and more than 5 grams of mixtures and substances containing a detectable amount of crack cocaine, in violation of Sections 812, 841(a)(1), and 841(b)(1)(B) of Title 21, United States Code.

Overt Acts

3. In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

    a. On or about December 15, 2006, in Bronx, New York, IVAN CASTRO, a/k/a "Trip," a/k/a "Triple," the defendant, participated in the sale of a quantity of cocaine to another individual.

    b. On or about December 19, 2006, in Bronx, New York, CASTRO participated in the sale of a quantity of crack cocaine to another individual.

(Title 21, United States Code, Section 846.)

*Michael J. Garcia*
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA

- v. -

IVAN CASTRO,
a/k/a "Trip,"
a/k/a "Triple,"

Defendant.

---

**INFORMATION**

S2 07 Cr. 727 (HB)

(18 U.S.C. § 922(a)(1)(A),
21 U.S.C. § 846, and 26 U.S.C. § 5816(d))

  MICHAEL J. GARCIA
United States Attorney.

---

11/13/07 *[handwritten:]* Waiver of Indictment and Information filed. Deft present w/ atty Daniel Stern. AUSA Todd Blanche present. Ct. rpt. present. Deft. withdraws plea of not guilty and pleads guilty as charged in S1 07 Cr. 727. Plea Agreement marked as Ct. Exh. A. Court accepts plea of guilty. PSR ordered, sentence set for 2/08/08 at 10 am. Deft. detained. *[signature]* J.