# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

FRANKLIN A. ROTHMAN
JEREMY SCHNEIDER
ROBERT A. SOLOWAY
DAVID STERN

Tel: (212) 571-5500
Fax: (212) 571-5507

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/25/08

RECEIVED
FEB 25 2008
U.S. DISTRICT JUDGE
S.D.N.Y.

February 25, 2008

Hon. Harold Baer
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. Ivan Castro
07 Cr. 727 (HB)

Dear Judge Baer:

I write seeking an approximately one month adjournment of Mr. Castro's sentence which is presently scheduled for February 28, 2008. I make this application because I will be on trial in a federal capital matter in the Eastern District of New York until March 15, 2008. The additional time will allow me sufficient time to review the PSR and prepare a sentencing letter for my client. I have notified A.U.S.A. Todd Blanche of my intent to make this request of Your Honor and he informs me that he has no objection.

If you have any questions regarding this application please contact my office.

Sincerely,

David Stern

DS/et

*March 20 at 10:30 AM is agreeable with me*

SO ORDERED:
Harold Baer, Jr., U.S.D.J.
2/25/08